8909, 8910. FINCH *v.* SOUTHERN RAILWAY Co.; and *vice versa.*

LUKE, J. Upon the evidence submitted a verdict for the defendant was demanded; and the court did not err in so directing the jury to find.

*Judgment on main bill of exceptions affirmed; cross-bill dismissed. Wade, C. J., and Jenkins, J., concur.*

DECIDED FEBRUARY 7, 1918.

Action for damages; from Polk superior court—Judge Bartlett. February 28, 1917.

*Mundy & Mundy, W. W. Mundy,* for plaintiff.

*Maddox, McCamy & Shumate, Bunn & Trawick, Irwin & Tison,* for defendant.